IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMEZCUA, ) <br> ) <br>         **Plaintiff**, ) <br>   v. ) <br> ) <br> CITY OF FRESNO, et. al., ) <br> ) <br>         **Defendants.** ) <br> _____ ) | 1:07-cv-1268  AWI SMS <br><br> **ORDER MOVING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 8, 2008** |

     Defendants' motion for summary judgment is pending in this action and is set for hearing on Monday, December 1, 2008.

     The court has determined that it is necessary to reschedule the hearing on Defendant's motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 1, 2008, is VACATED, and the hearing on this matter is set for December 8, 2008., at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:**   **November 26, 2008**          /s/ Anthony W. Ishii
                                                                               CHIEF UNITED STATES DISTRICT JUDGE