IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMEZCUA,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF FRESNO, FRESNO POLICE DEPARTMENT, FRESNO POLICE OFFICER BRYAN WILLIAMS, Individually and in his official capacity, and DOES 1-50, inclusive,<br><br>             Defendants. | NO. **1:07-CV-01268-AWI-SMS**<br><br>**ORDER VACATING DECEMBER 8, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

Defendants' motion for summary judgment or, in the alternative, summary adjudication, has been set for hearing in this case on December 8, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 8, 2008, is VACATED, and the parties shall not appear at that time. As of December 8, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    December 3, 2008              /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE