Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300
(714) 953-1143 FAX
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMEZCUA | No. 1:07-CV-01268-OWW (SMS) |
| Plaintiff, | **ORDER re DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE NO. 1 re: DAMAGES FROM ADOPTION*** |
| vs. | |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, FRESNO POLICE OFFICER BRYAN WILLIAMS, individually and in his official capacity, and DOES 1 through 100, inclusive, | |
| Defendants. | |

APPLICATION FOR AN ORDER TO EXCLUDE EVIDENCE having been brought before this Court, the Order to Show Cause came on for hearing by the Court on February 27, 2009, in Courtroom 3.  Plaintiff appeared by counsel Juan Falcon, and Defendants herein appeared telephonically by counsel Bruce D. Praet of Ferguson, Praet & Sherman.  Evidence, both written and oral, having been considered, and good cause appearing therefore:

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED:

1. That Plaintiff cannot introduce or present any testimony concerning, questioning upon, reference to, or any other form of evidence pertaining to any alleged delay or emotional distress or other loss or damages related to or arising out of any adoption process in progress at any time relevant to this claim.

2. Plaintiff, his counsel and his witnesses are not to attempt to introduce such evidence, in any form, and not to suggest, comment directly or indirectly on, or refer to the evidence in any way, before the jury without first obtaining the Court's permission.

3. Plaintiff's counsel is to caution, warn and instruct Plaintiff's witnesses not to make any reference to such evidence and to follow the same order.

Dated: February 9, 2009

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge