1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300
4  (714) 953-1143 FAX
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8                  UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11 DAVID AMEZCUA                      )   No. 1:07-CV-01268-OWW (SMS)
                                      )
12         Plaintiff,                 )   **ORDER re DEFENDANTS'**
                                      )   **NOTICE OF MOTION AND**
13    vs.                             )   **MOTION** *IN LIMINE* **NO. 4 re:**
                                      )   *ALCOHOL TESTING*
14 CITY OF FRESNO, FRESNO POLICE      )
   DEPARTMENT, FRESNO POLICE OFFICER  )
15 BRYAN WILLIAMS, individually and in his )
   official capacity, and DOES 1 through 100, )
16 inclusive,                         )
                                      )
17         Defendants.                )
   _____)
18
19
20     APPLICATION FOR AN ORDER TO EXCLUDE EVIDENCE having been
21 brought before this Court, the Order to Show Cause came on for hearing by the Court on
22 February 27, 2009, in Courtroom 3.  Plaintiff appeared by counsel Juan Falcon, and
23 Defendants herein appeared telephonically by counsel Bruce D. Praet of Ferguson, Praet
24 & Sherman.  Evidence, both written and oral, having been considered, and good cause
25 appearing therefore:
26 / / /
27 / / /
28 / / /
   / / /

                                      1

IT IS HEREBY ORDERED:

1. That Plaintiff cannot introduce or present any testimony concerning, questioning upon, reference to, or any other form of evidence pertaining to any failure to provide or administer any field sobriety test, breathalyzer or other test to determine level of intoxication.

2. Plaintiff, his counsel and his witnesses are not to attempt to introduce such evidence, in any form, and not to suggest, comment directly or indirectly on, or refer to the evidence in any way, before the jury without first obtaining the Court's permission.

3. Plaintiff's counsel is to caution, warn and instruct Plaintiff's witnesses not to make any reference to such evidence and to follow the same order.

Dated: February 9, 2009

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge