1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300
4  (714) 953-1143 FAX
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 DAVID AMEZCUA                    )   No. 1:07-CV-01268-OWW (SMS)
                                    )
12              Plaintiff,          )   **ORDER re DEFENDANTS'**
                                    )   **NOTICE OF MOTION AND**
13      vs.                         )   **MOTION *IN LIMINE* NO. 1 re:**
                                    )   ***DAMAGES FROM ADOPTION***
14 CITY OF FRESNO, FRESNO POLICE    )
   DEPARTMENT, FRESNO POLICE OFFICER)
15 BRYAN WILLIAMS, individually and in his )
   official capacity, and DOES 1 through 100, )
16 inclusive,                       )
                                    )
17              Defendants.         )
   _____  )
18
19
20      APPLICATION FOR AN ORDER TO EXCLUDE EVIDENCE having been

21 brought before this Court, the Order to Show Cause came on for hearing by the Court on

22 February 27, 2009, in Courtroom 3.  Plaintiff appeared by counsel Juan Falcon, and

23 Defendants herein appeared telephonically by counsel Bruce D. Praet of Ferguson, Praet

24 & Sherman.  Evidence, both written and oral, having been considered, and good cause

25 appearing therefore:

26 / / /

27 / / /

28 / / /
   / / /

                                    1

IT IS HEREBY ORDERED:

1. That Defendant's motion is denied without prejudice. However, Defendant retains all other objections to evidence pertaining to alleged damages stemming from adoption delays, including but not limited to hearsay. Defendant may also introduce any otherwise admissible evidence to rebut any evidence offered by Plaintiff on this issue.

IT IS SO ORDERED.

Dated:   **March 4, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE