1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300
4  (714) 953-1143 FAX
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 DAVID AMEZCUA                ) No. 1:07-CV-01268- OWW (SMS)
                                )
12         Plaintiff,            ) **ORDER re DEFENDANTS'**
                                ) **NOTICE OF MOTION AND**
13    vs.                       ) **MOTION** *IN LIMINE* **NO. 4 re:**
                                ) *ALCOHOL TESTING*
14 CITY OF FRESNO, FRESNO POLICE )
   DEPARTMENT, FRESNO POLICE OFFICER )
15 BRYAN WILLIAMS, individually and in his )
   official capacity, and DOES 1 through 100, )
16 inclusive,                   )
                                )
17         Defendants.           )
   _____ )
18
19
20     APPLICATION FOR AN ORDER TO EXCLUDE EVIDENCE having been

21 brought before this Court, the Order to Show Cause came on for hearing by the Court on

22 February 27, 2009, in Courtroom 3.  Plaintiff appeared by counsel Juan Falcon, and

23 Defendants herein appeared telephonically by counsel Bruce D. Praet of Ferguson, Praet

24 & Sherman.  Evidence, both written and oral, having been considered, and good cause

25 appearing therefore:

26 / / /

27 / / /

28 / / /

   / / /

                                    1

IT IS HEREBY ORDERED:

1.      Defendant's motion is denied without prejudice.  While Plaintiff may offer evidence that he requested and was not provided with a field or other test to determine his level of intoxication, Defendant shall be entitled to a special jury instruction to the effect that no such test is required.  Defendant to submit a proposed limiting instruction.

IT IS SO ORDERED.

**Dated:   March 4, 2009**                              /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE