**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX___ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID AMEZCUA,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-1268 OWW/SMS

BRYAN WILLIAMS,

    Defendant.
_____/

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 3/6/2009, judgment is entered in favor of defendant BRYAN WILLIAMS and against plaintiff. Plaintiff shall take nothing by his complaint.

    DEFENDANT BRYAN WILLIAMS shall recover his costs of suit.

DATED: March 9, 2009

    VICTORIA C. MINOR, Clerk

    /S/ Alice Timken
By:
    Deputy Clerk

jgm.civ
2/1/95